

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2016

No. 04-16-00231-CV

Charles Edward **REED** Jr.; Amos E. Reed III, Individually and as Representative of the Estate of Delores Perrin; Curtis Cullen Smith, Trustee of the Laura Dossett Smith Family Trust; Et al.,
Appellants

v.

**MALTSBERGER/STOREY RANCH, LLC**; Storey Minerals, Ltd.; Tom O. Hanks; Karen R. Hanks; TK Hanks Royalties, LP,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-03-00057-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

This court granted Appellees' first motions for extension of time to file their briefs, and the briefs are due on October 31, 2016. Before the due date, Appellees filed unopposed second motions for extension of time to file their briefs until November 30, 2016, for a total extension of sixty-two days.

Appellees' motions are GRANTED. Appellees' briefs are due on November 30, 2016. *See* TEX. R. APP. P. 38.6(d). Any further motion for extension of time to file Appellees' briefs will be disfavored.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2016.

Keith E. Hottle
Clerk of Court